RECEIVED

DEC - 1 2017

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

17-1560

Name and address of Plaintiff:
Alleghney County Prison
Superintendant, Orlando Harper
Deputy Administer, John Williams

950 Second Ave,
Pittsburgh, PA 15219

v.

Full name, title, and business address
of each defendant in this action:

1. Alleghney County Prison
950 Second Ave.
Pittsburgh, PA 15219

2. Superintendant Orlando Harper
950 Second Ave.
Pittsburgh, PA 15219

3. Deputy Administrater John Williams
950 Second Ave.
Pittsburgh, PA 15219

Use additional sheets, if necessary
Number each defendant.

Plaintiff brings this action against the above named and identified defendants on the following cause of action:

I. Where are you now confined? SCI @ Albion, 10745 Rt.18, Albion, PA 16475-0002

What sentence are you serving? 18 to 36 month from conviction in Alleghney County

What court imposed the sentence? Court of Common Pleas Alleghney County

II. Previous Lawsuits

A. Describe any and all lawsuits in which you are a plaintiff which deal with the same facts involved in this action. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs Todd Griffin

Defendants Alleghney County Jail.

2. Court (if federal court, name the district; if state court, name the county) and docket number
The United States District Court Western District of Pennsylvania

Case 2:16-cv-00920-AJS-CRE

3. Name of judge to whom case was assigned: Arthur J. Schwab

4. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?) Dismissed

5. Approximate date of filing lawsuit: July 25, 2016

6. Approximate date of disposition: November 16, 2016

B. Prior disciplinary proceedings which deal with the same facts involved in this action:

Where? Alleghney County Prison
When? June, 2016
Result: No action was taken

III. What federal law do you claim was violated? The Fourth and Eighth Amendment of The United States Constitution

IV. Statement of Claim

(State here as briefly as possible the <u>facts</u> of your case. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

A. Date of event: June 21, 2006

B. Place of event: Alleghney County Prison

C. Persons involved--name each person and tell what that person did to you: 1. Alleghney County Prison, Unlawfully held me in custody without jurisdiction to do so. 2. Superintendant Orlando Harper, I repeatedly spoke and wrote him disposition had been rendered in the criminal charges I was originally in custody for Docket No. CP-02-CR-0004159-2016. That the court had given the sentence of time served on June 21, 2016. That there was no sentence or detainers to justify my continued imprisonment. No action was taken and I illegally remained in the custody of the jail.

3. John Williams was the Jails Administer, I repeatedly spoke to him and wrote him, informing him I was being illegally held in custody, he took no action to remedy the situation.

V. Did the incident of which you complain occur in an institution or place of custody in this District? If so, where?

Allegheny County Prison

and answer the following questions:

A. Is there a prisoner grievance procedure in this institution?
Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓) No ( )

C. If your answer is YES,

1. What steps did you take? Spoke directly to the Defendants Filed Staff Notification Forms

2. What was the result? No action was taken to remedy the unlawful detention

D. If your answer is NO, explain why not: _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
Yes (✓) No ( )

F. If your answer is YES,

1. What steps did you take? Spoke directly to the defendants and submitted Staff Notification Forms

2. What was the result? No action was taken to remedy my illegal detention

VI. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

Award Plaintiff $50,000.00 for being wrongfully and illegally imprisoned by the defendants

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

November 17, 2017
(Date)

_____
(Signature of Plaintiff)